OPINION — AG — UNDER THE PROVISIONS OF 70 O.S. 1977 Supp. 5-117, [70-5-117], AN ATTORNEY MAY BY EMPLOYED (PRIVATE ATTORNEY) BY A LOCAL SCHOOL BOARD OF EDUCATION TO REPRESENT THE SCHOOL DISTRICT IN A COURT ACTION IN ANY MATTER IN WHICH SUCH DISTRICT IS OFFICIALLY INTERESTED, AND MAY CONTRACT WITH A LAW FIRM FOR SUCH PURPOSE ON A CONTINGENT FEE BASIS. CITE: OPINION NO. 72-231 (R. THOMAS LAY)